Carly M. Roman (SBN 349895)
croman@straussborrelli.com
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FEENEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INFAB, LLC,<br><br>Defendant. | Case No. 2:25-cv-05748<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: June 24, 2025 |

Plaintiff Dennis Feeney ("Plaintiff"), together with Defendant, Infab, LLC ("Defendant") (collectively the "Parties"), by and through their respective attorneys, hereby inform the Court that the Parties have reached an individual settlement of Plaintiff's claims, which will resolve this case in its entirety. The Parties anticipate filing a notice of dismissal within 60 days and respectfully request that the case be stayed, and all pending dates be stricken.

NOTICE OF SETTLEMENT – 1

Dated: September 12, 2025

/s/ Carly M. Roman
Carly M. Roman (SBN 349895)
croman@straussborrelli.com
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiff and the Settlement Class*

Dated: September 12, 2025

/s/ Myriah V. Jaworski
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
CLARK HILL LLP
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

*Attorney for Defendant Infab, LLC*

**SIGNATURE ATTESTATION**

I hereby attest and certify that I have obtained counsel's authorization to affix their electronic signature to this document and that all other signatories listed, and on whose behalf the filing is submitted concur, in the filing's content.

Dated: September 12, 2025     By: */s/ Carly M. Roman*
                                  Carly M. Roman

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system. DATED this 12th day of September, 2025.

                        STRAUSS BORRELLI PLLC

                        By: */s/ Carly M. Roman*
                              Carly M. Roman (SBN 349895)
                              croman@straussborrelli.com
                              STRAUSS BORRELLI PLLC
                              980 N. Michigan Avenue, Suite 1610
                              Chicago, IL 60611
                              Telephone: (872) 263-1100
                              Facsimile: (872) 263-1109