Carly M. Roman (SBN 349895)
croman@straussborrelli.com
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FEENEY, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>INFAB, LLC,<br><br>     Defendant. | Case No. 2:25-cv-05748<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Complaint filed: June 24, 2025 |

  The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual and class claims without prejudice, with each party to bear its own costs and attorneys' fees.

  If no motion to reopen or reinstate this action is filed within thirty (30) days of the entry of this Stipulation, the dismissal shall automatically convert to a dismissal with prejudice as to Plaintiff's individual claims without further order of the Court. All class claims shall remain dismissed without prejudice.

STIPULATION TO DISMISS WITHOUT PREJUDICE – 1

Dated: October 14, 2025

*/s/ Carly M. Roman*
Carly M. Roman (SBN 349895)
croman@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiff and the Settlement Class*

Dated: October 14, 2025

*/s/ Myriah V. Jaworski*
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
CLARK HILL LLP
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

*Attorney for Defendant Infab, LLC*

## SIGNATURE ATTESTATION

I hereby attest and certify that I have obtained counsel's authorization to affix their electronic signature to this document and that all other signatories listed, and on whose behalf the filing is submitted concur, in the filing's content.

Dated: October 14, 2025     By: */s/ Carly M. Roman*
                                Carly M. Roman

STIPULATION TO DISMISS WITHOUT PREJUDICE – 3

# CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 14th day of October, 2025.

        STRAUSS BORRELLI PLLC

By: */s/ Carly M. Roman*
    Carly M. Roman (SBN 349895)
    croman@straussborrelli.com
    STRAUSS BORRELLI PLLC
    980 N. Michigan Avenue, Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109