JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FEENEY, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>INFAB, LLC,<br><br>               Defendant. | Case No. 2:25-cv-05748-CV (JPRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** |

On October 14, 2025, the Parties filed a Stipulation to dismiss. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follow:

1. Pursuant to the stipulation, the individual claims of Plaintiff Dennis Feeney and those of the putative class are hereby dismissed without prejudice.

ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE – 1

    2.    If no motion to reopen or reinstate this action is filed within thirty (30) days of the entry of this Order, the dismissal shall automatically convert to a dismissal with prejudice as to Plaintiff's individual claims. All class claims shall remain dismissed without prejudice.

    3.    Each party is to bear its own costs.

11/14/25
Dated

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE